1  KEVIN A. LIPELES, Bar No. 244275
   kevin@kallaw.com
2  THOMAS SCHELLY, Bar No. 217285
   thomas@kallaw.com
3  LIPELES LAW GROUP, APC
   880 Apollo St., Suite 336
4  El Segundo, CA 90245
   Telephone: 310.322.2211
5  Fax No.: 310.322.2252

6  Attorneys for Plaintiff,
   Curtis Lemann Williams Jr.
7
   [*Additional Counsel listed on the following page*]
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| CURTIS LEMANN WILLIAMS JR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AB CAR RENTAL SERVICES, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-CV-01418-WBS-CKD<br><br>*[Removed from Sacramento County Superior Court, Case No. 23CV003244]*<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Complaint Filed: June 13, 2023<br>Removed: July 17, 2023 |

1

2  PATRICK H. HICKS, Bar No. 131509
   phicks@littler.com
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, NV 89169
5  Telephone: 702.862.8800
   Facsimile: 702.862.8811

6  DOUGLAS ROPEL, Bar No. 300486
   dropel@littler.com
7  LITTLER MENDELSON, P.C.
   500 Capitol Mall
8  Suite 2000
   Sacramento, CA 95814
9  Telephone: 916.830.7200
   Fax: 916.561.0828
10

11 JENNY BURKE, Bar No. 240643
   jburke@littler.com
12 LITTLER MENDELSON, P.C.
   18565 Jamboree Road
13 Suite 800
   Irvine, CA  92612
14 Telephone:     949.705.3000
   Fax No.:       949.724.1201
15
   Attorneys for Defendant
16 AB CAR RENTAL SERVICES, INC.

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

IT IS SO STIPULATED.

Dated: November 17, 2023

LIPELES LAW GROUP, APC.

_____
KEVIN A. LIPELES
THOMAS H. SCHELLY
Attorneys for Plaintiff
CURTIS LEMANN WILLIAMS, JR.

LITTLER MENDELSON, P.C.

Dated: November 20, 2023

*/s/ Jenny Burke*
PATRICK HICKS
DOUGLAS ROPEL
JENNY BURKE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AB CAR RENTAL SERVICES, INC.

IT IS SO ORDERED that this action is submitted to the Voluntary Dispute Resolution Program. The Scheduling Conference is reset for **March 25, 2024 at 1:30 p.m.** An amended joint status report shall be filed no later than **March 11, 2024**.

Dated: November 20, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4892-2833-4992.1 / 035682-1981

3                               STIPULATION AND ORDER RE VDRP