KEVIN A. LIPELES, Bar No. 244275
kevin@kallaw.com
THOMAS SCHELLY, Bar No. 217285
thomas@kallaw.com
LIPELES LAW GROUP, APC
880 Apollo St., Suite 336
El Segundo, CA 90245
Telephone: 310.322.2211
Fax No.: 310.322.2252

Attorneys for Plaintiff,
Curtis Lemann Williams Jr.

[*Additional Counsel listed on the following page*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CURTIS LEMANN WILLIAMS JR, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AB CAR RENTAL SERVICES, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-CV-01418-WBS-CKD<br><br>*[Removed from Sacramento County Superior Court, Case No. 23CV003244]*<br><br>**STIPULATION AND ORDER TO CONTINUE MARCH 25, 2024 SCHEDULING CONFERENCE**<br><br>**Scheduling Conference**<br>Current Date: March 25, 2024<br>**Proposed Date**: May 6, 2024<br>Time: 1:30 p.m.<br>Location: Courtroom 5, 14th Floor<br>Judge: Hon. William B. Shubb<br><br>Complaint Filed: June 13, 2023<br>Removed: July 17, 2023 |

PATRICK H. HICKS, Bar No. 131509
phicks@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Facsimile: 702.862.8811

DOUGLAS ROPEL, Bar No. 300486
dropel@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax: 916.561.0828

JENNY BURKE, Bar No. 240643
jburke@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
Telephone:     949.705.3000
Fax No.:        949.724.1201

Attorneys for Defendant
AB CAR RENTAL SERVICES, INC.

IT IS HEREBY STIPULATED by and between Plaintiff CURTIS LEMANN WILLIAMS, JR. and Defendant AB CAR RENTAL SERVICES, INC. (collectively referred to as "the Parties"), by and through their respective attorneys of record, that the continued Scheduling Conference currently set for March 25, 2024 at 1:30 p.m., in Courtroom 5, be continued for thirty (30) days to May 6, 2024 or to a date thereafter convenient for the Court for the following reasons:

1. On November 20, 2023, the Court continued the Scheduling Conference in this matter to March 25, 2024 and ordered the matter to the Voluntary Dispute Resolution Program. [Dkt. 14.]
2. On November 22, 2023, and again on December 13, 2023, the Parties received neutral panels from which to agree upon a neutral. On December 27, 2023, the Parties advised Mr. Jonathan Crouch, Administrative Assistant, U.S. District Court -Eastern District of California, that they had agreed upon neutral, Geri Green, Esq. On January 5, 2024, notice of appointment of VDRP neutral, Geri Green, Esq. was filed. [Dkt. 15].
3. On January 25, 2024, Ms. Green held a conference with the Parties and the Parties tentatively agreed to hold a mediation on March 14, 2024 (the first available date for all parties.)
4. As of the filing of this stipulation, Plaintiff's counsel is scheduled to be engaged in trial on March 14, 2024. The parties and Ms. Green are actively looking at alternative dates within the next thirty (30) days to complete mediation.
5. In the interest of judicial economy, the Parties request to continue the scheduling conference to allow further opportunity to engage in early mediation and attempt to resolve the claims.

IT IS SO STIPULATED.

///

///

///

|  |  |
|---|---|
| | LIPELES LAW GROUP, APC. |
| Dated: March 11, 2024 | *signature* |
| | KEVIN A. LIPELES<br>THOMAS H. SCHELLY<br>Attorneys for Plaintiff<br>CURTIS LEMANN WILLIAMS, JR. |
| | LITTLER MENDELSON, P.C. |
| Dated: March 11, 2024 | */s/ Jenny Burke*<br>PATRICK HICKS<br>DOUGLAS ROPEL<br>JENNY BURKE<br>Attorneys for Defendant<br>AB CAR RENTAL SERVICES, INC. |

Good cause having been shown, IT IS SO ORDERED that the Scheduling Conference is continued to **May 6, 2024 at 1:30 pm**. An amended joint status report shall be filed no later than April 22, 2024.

Dated: March 13, 2024

*signature*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE