1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CURTIS LEMANN WILLIAMS JR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AB CAR RENTAL SERVICES, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-CV-01418-WBS-CKD<br><br>*[Removed from Sacramento County Superior Court, Case No. 23CV003244]*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. RULE 41**<br><br>Complaint Filed: June 13, 2023<br>Removed: July 17, 2023<br>Trial Date: TBD |

13
14
15
16
17
18
19
20
21
22  .
23
24
25
26
27
28

1    Based on the Parties' Joint Stipulation to Dismiss Entire Action with Prejudice Pursuant to Fed. R. Civ. Proc. Rule 41 (the "Stipulation"), good cause has been shown for the requested relief.  Therefore, the Stipulation is APPROVED.  Plaintiff's entire action against all parties is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).  Each party shall bear his/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  June 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE